UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WANDA HOLLY CHASTAIN,

    Plaintiff,

v.                          CASE NO. 3:20cv4181-MCR-HTC

BADARUDDIN SOOMRO,

    Defendant.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 18, 2020. ECF No. 5. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

    1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's complaint is **DISMISSED** under 28 U.S.C. § 1915(e)(2)(B) for lack of subject-matter jurisdiction.

3. The clerk shall close the file.

**DONE AND ORDERED** this 7th day of May 2020.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**